UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
OCT 30 AM 11:0
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| RANDY WADE BICE, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. CV-01-S-2510-S |
| | ) | |
| MICON, INC., FLEXIBLE PRODUCTS CO., | ) | |
| PERRY SUPPLY COMPANY, | ) | |
| INSTA-FOAM PRODUCTS, INC., | ) | |
| JIM WALTER RESOURCES, INC., et al. | ) | ENTERED |
| | ) | |
| Defendants. | ) | OCT 30 2001 |

## ORDER

This action is before the court on plaintiffs' motion to dismiss and to remand (doc. no. 4), requesting the court to dismiss their claims against defendant Jim Walter Resources, Inc. ("JWR"). JWR does not oppose the motion to dismiss (doc. no. 6). Accordingly, plaintiffs' claims against JWR are dismissed without prejudice.

JWR removed this action from the Circuit Court of Jefferson County, Alabama, Bessemer Division, pursuant to 28 U.S.C. § 1441, based on federal question jurisdiction, 28 U.S.C. § 1331. Because plaintiffs' claims against JWR have been dismissed, the basis for the court's jurisdiction is no longer present, and the action is remanded.

The clerk of court is directed to send a certified copy of this order of remand to the clerk of such state court. Costs are taxed against removing defendant.

DONE this 30th day of October, 2001.

United States District Judge

